401 A.2d 365

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Marion DOCKERY, Appellee.**

Supreme Court of Pennsylvania.

Argued April 16, 1979.

Decided May 21, 1979.

Steven H. Goldblatt, Deputy Dist. Atty.-Law, Eric B. Henson, Asst. Dist. Atty., Philadelphia, for appellant.

Donald C. Marino, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.